UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

GLEN R. JEFFERY, JR.,

                Plaintiff,

v.                                          Case No. 23-cv-1658-pp

JESSE AULT, *et al.*,

                Defendants.

---

**ORDER COLLECTING FILING FEE**

---

On December 11, 2023, plaintiff Glen R. Jeffery, Jr., who is confined at the Wisconsin Secure Program Facility and representing himself, filed a civil rights case under 42 U.S.C. §1983. Dkt. No. 1. The plaintiff filed a notice of voluntary dismissal on December 21, 2023. Dkt. No. 4. See Fed. R. Civ. P. 41(a)(1)(A)(i). The law requires any incarcerated individual who brings a civil lawsuit to pay the statutory filing fee. 28 U.S.C. §1915(b)(1). The court will collect the $350 statutory filing fee.

The court **ORDERS** that the agency that has custody of the plaintiff must collect from his institution trust account the **$350** filing fee by collecting monthly payments from the plaintiff's prison trust account in an amount equal to 20% of the preceding month's income credited to the plaintiff's trust account and forwarding payments to the Clerk of Court each time the amount in the account exceeds $10 in accordance with 28 U.S.C. §1915(b)(2). The agency must clearly identify the payments by the case name and number. If the plaintiff transfers to another county, state or federal institution, the

1

transferring institution must forward a copy of this order, along with the plaintiff's remaining balance, to the receiving institution.

The court will send a copy of this order to Warden at the Wisconsin Secure Program Facility where the plaintiff is confined.

Dated in Milwaukee, Wisconsin this 27th day of December, 2023.

BY THE COURT:

**HON. PAMELA PEPPER**
**Chief United States District Judge**